IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 21 A 10: 57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| BRIAN M. CAMPBELL, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NUMBER: 99-D-002-N |
| CIVIL AIR PATROL, | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

**COMES NOW** Eileen L. Harris, listed as co-counsel for Plaintiff Brian Campbell, and moves this Honorable Court for an Order permitting her to withdraw as co-counsel for Plaintiff in these proceedings and for grounds shows as follows:

1. Counsel is not associated with the Law Offices of Jay Lewis, LLC and has not been associated with the law office and Mr. Campbell since her departure of January 16, 2004.

2. The undersigned has conferred with attorney Jay Lewis regarding this motion and represents to this Honorable Court that Plaintiff is represented by attorney Jay Lewis and Plaintiff will not be harmed if the undersigned is permitted to withdraw in this cause.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney respectfully moves this Honorable Court for an order to allow her to withdraw from representing Plaintiff in this cause.



SCANNED
2/21/06 COB

1

193

Respectfully submitted on this 21st day of February, 2006.

_____
EILEEN L. HARRIS (HAR234)
Attorney for Plaintiff

OF COUNSEL:
Legal Services Alabama
207 Montgomery Street, Suite 1200
Montgomery, Alabama 36104
(334) 241-8687

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by placing a copy of same in the U.S. Mail, postage prepaid and addressed this 21st day of February, 2006 to the following:

Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

David Middlebrooks
Sally Waudby
Lehr, Middlebrooks, Price and Vreeland
P.O. Box 11945
Birmingham, AL

_____
EILEEN L. HARRIS

2